UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN THRONEBERRY,

    Plaintiff,

v.

                                            Case No. 1:21-cv-903

KYLE BUTLER, et al.,

                                            Hon. Hala Y. Jarbou

    Defendants.
_____/

## ORDER

On February 24, 2023, Magistrate Judge Sally J. Berens issued an Amended Report and Recommendation (R&R) recommending that the Court grant Defendants' motion for summary judgment (ECF No. 42) and enter judgment with prejudice for Defendants. (ECF No. 45.) The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so expired on March 10, 2023. On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.

Accordingly,

**IT IS ORDERED** that the R&R (ECF No. 45) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 42) is **GRANTED**.

A judgment will issue in accordance with this order.

Dated: March 15, 2023                        /s/ Hala Y. Jarbou
                                                        HALA Y. JARBOU
                                                         CHIEF UNITED STATES DISTRICT JUDGE